**Jose A. Klein,** OSB No. 083845
jose@kleinmunsinger.com
**Damien T. Munsinger,** OSB No. 124022
damien@kleinmunsinger.com
Klein Munsinger LLC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Telephone: (503) 568-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MCKENNA DARREN, an individual;<br>          Plaintiff,<br><br>v.<br><br>**CRAWFORD WALTER CHRISTOPHER** and **CRAWFORD CAROLYN JENNIFER,** dba **QUICK MART;**<br><br>          Defendants. | **Case No.: 3:17-cv-455-SI**<br><br>ORDER GRANTING SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE |

This matter, having come on regularly before the Court on the Parties' Stipulation For Order Granting Settlement Approval And Dismissal With Prejudice, and the Court having reviewed the settlement agreement (provided to the Court as a judge's copy only for *in camera review* and not filed by the parties with the Court Clerk or to be filed by the parties or by the Court with this Stipulation and Order), and the Court being duly advised and having examined the records and files herein; now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Parties' Stipulation For Order Granting Settlement Approval And Dismissal With Prejudice be GRANTED in full, the settlement agreement be and is, hereby, approved as fair and reasonable, the settlement agreement will not be filed with the Clerk of the Court, and this matter and all claims are dismissed with prejudice in their entirety with no award of costs, expenses, or attorneys' fees to any party.

It is so ordered.

DATED this 20th day of February, 2019.

_____
Honorable Michael H. Simon

Presented by:

KlEIN MUNSINGER LLC.

By: s/Jose A. Klein
Jose A. Klein, OSB 083845
jose@kleinmunsinger.com
Of Attorneys for Defendants Walter Christopher Crawford and
Carolynn Jennifer Crawford

Approved as to Form and for Entry;
Notice of Presentation Waived:

LAW OFFICE OF SCOTT T. CLIFF

By: s/Scott T. Cliff
Scott T. Cliff, OSB No.871918
scott@scottcliff.com
Of Attorneys for Plaintiff
Darren McKenna

Page 3 – ORDER GRANTING SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE